# NANESS, CHAIET & NANESS, LLC

Attorneys at Law
375 North Broadway, Suite 202
Jericho, New York 11753
Telephone: (516) 827-4300
Facsimile: (516) 827-0202

Richard M. Naness (1997-2018)
Clifford P. Chaiet
Jeffrey N. Naness*
W. Matthew Groh **

\* Also admitted FL and NJ
\** Also admitted CT

May 13, 2020

**VIA ECF**

Honorable Lois Bloom, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Chambers 1212
Brooklyn, NY 11201

       Re: Medvedeva v. Assistcare Home Health Services, LLC
       Case No. 17-CV-05739 (LB)

Dear Judge Bloom:

    As your Honor is aware, our firm represents Defendant Assistcare Home Health Service LLC d/b/a Preferred Home Care of New York in connection with the above-referenced matter. I write in response to Mr. McInturff's May 12, 2020 letter asking for "the Court's assistance in impressing upon Defendant the need to promptly finalize the parties' Settlement Agreement."

    Understandably, the Settlement Agreement had to go through various layers of review and it took some time to complete the process. I am happy to report that the Agreement has been approved for execution and, in fact, it has been executed by Defendant.

                                                 Respectfully submitted,

                                               W. Matthew Groh

cc:     All counsel of record (Via ECF)