# NANESS, CHAIET & NANESS, LLC

Attorneys at Law
375 North Broadway, Suite 202
Jericho, New York 11753
Telephone: (516) 827-4300
Facsimile: (516) 827-0202

Richard M. Naness (1997-2018)
Clifford P. Chaiet
Jeffrey N. Naness*
W. Matthew Groh**

*Also Admitted FL and NJ
** Also Admitted in CT

July 30, 2020

<u>VIA ECF</u>

Honorable Lois Bloom, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Chambers 1212
Brooklyn, NY 11201

    Re: Medvedeva v. Assistcare Home Health Services LLC d/b/a Preferred Home
       Care of New York
       17-CV-05739 (LB)

Dear Magistrate Judge Bloom:

  We are pleased to inform the Court that after extensive discussion and deliberation, and notwithstanding the unequivocal prior agreement, Defendant has agreed to carve out the wage parity claim in the manner that we understand the proposed intervenors wish to preserve. We have circulated revised release language to counsel for Plaintiff and the proposed intervenors. While Plaintiff's counsel has expressed approval of this language, they have nonetheless stated an intention to withdraw the motion for preliminary approval, thus jeopardizing what Defendant believes is a complete resolution of the issue that threatened the settlement. We thus respectfully request the Court to order Plaintiff's counsel not to file any withdrawal papers and to briefly stay these proceedings until following a status conference at the Court's earliest convenience regarding these ongoing developments.

                Very truly yours,

                /s/

                W. Matthew Groh

cc: All counsel of record (via ECF)