UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLA MEDVEDEVA,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>      v.<br><br>ASSISTCARE HOME HEALTH SERVICES LLC (d/b/a PREFERRED HOME CARE OF NEW YORK and PREFERRED HOME CARE OF NEW YORK LLC),<br><br>                            Defendant. | Case No. 17 CV 5739-LB<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT AND RELATED RELIEF** |

      **PLEASE TAKE NOTICE THAT** upon the parties' Final Amended Settlement Agreement and Release (the "Settlement Agreement," (ECF No. 142), the Declaration of Steven L. Wittels in Support of Plaintiff's Unopposed Motion for Final Approval of the Class and Collective Action Settlement and Related Relief dated March 2, 2021 ("Wittels Declaration"); the accompanying Memorandum of Law dated March 2, 2021; and all other papers and proceedings herein, Plaintiff Alla Medvedeva hereby moves this Court under Federal Rule of Civil Procedure 23, 29 U.S.C. § 216(b), and Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order:

(1) granting final certification to the Rule 23 Class under Federal Rule of Civil Procedure 23 and final certification of the FLSA Collective under 29 U.S.C. § 216(b), for settlement purposes;

(2) granting final approval of all terms applicable to the Rule 23 Class set forth in the Settlement Agreement;

(3) approving all terms applicable to the FLSA Collective set forth in the Settlement Agreement;

(4) finding that the court-authorized notice was the best notice practicable under the circumstances;

(5) approving the service award to Plaintiff;

(6) awarding Class Counsel reimbursement of litigation expenses and attorneys' fees;

(7) approving the parties' proposed final settlement procedure, including the proposed procedure for allowing FLSA Collective members to consent to join this action and be bound by the settlement;

(8) incorporating all terms of the Settlement Agreement, including the release; and

(9) entering the proposed Order Granting Plaintiffs' Unopposed Motion for Final Approval of the Class and Collective Action Settlement and Related Relief and dismissing this action with prejudice and entering final judgment.

In support of her Motion, Plaintiff relies on the accompanying Memorandum of Law and the Wittels Declaration, and all exhibits annexed thereto.

Dated: March 2, 2021
      Armonk, New York

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By: /s/ Steven L. Wittels
     Steven L. Wittels (SW-8110)
     J. Burkett McInturff (JM-4564)

     18 HALF MILE ROAD
     ARMONK, NEW YORK 10504
     Telephone: (914) 319-9945
     Facsimile: (914) 273-2563
     slw@wittelslaw.com
     jbm@wittelslaw.com

*Lead Counsel for Plaintiff and the Class*

Daniel Hymowitz (DH-0936)
**HYMOWITZ LAW GROUP, PLLC**
1629 Sheepshead Bay Road
Brooklyn, NY 11235
Telephone: (718) 807-9900
Facsimile: (866) 521-6040
daniel@hymowitzlaw.com

Andrey Belenky (AB-1976)
**KHEYFITS BELENKY LLP**
1140 AVENUE OF THE AMERICAS, 9TH FLOOR
NEW YORK, NY 10036
Telephone: (212) 203-5399
Facsimile: (212) 203-6445
abelenky@kblit.com

*Co-Counsel for Plaintiff and the Class*